

# Fourth Court of Appeals
## San Antonio, Texas

January 19, 2018

No. 04-17-00046-CV

**XTO ENERGY INC.** and Mobil Producing Texas and New Mexico, Inc.,
Appellants

v.

**EOG RESOURCES, INC.,** et al.,
Appellees

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 14-08-0645-CVA
Honorable Russell Wilson, Judge Presiding

# O R D E R

The Appellee's Request for Leave to File Letter Brief is GRANTED.

Entered this 19th day of January, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle,
Clerk of Court